F I L E D
CLERK, U.S. DISTRICT COURT

9/15/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___DTA___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

April 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>NICHOLAS TROY RODRIGUEZ,<br>  aka "Nick Rodriguez,"<br>  aka "N. Rodgers,"<br>  aka "J. Rodgers,"<br>  aka "hkhunter95,"<br>  aka "Baron2013_5,"<br>  aka "Nickk_9513,"<br>  aka "nrod128@gmail.com,"<br><br>            Defendant. | No. 8:21-cr-00165-JVS<br><br>I N D I C T M E N T<br><br>[18 U.S.C. §§ 2251(a), (e): Attempted Production of Child Pornography; 18 U.S.C. §§ 2252A(a)(2)(A), (b)(1): Distribution of Child Pornography; 18 U.S.C. §§ 2252A(a)(2)(A), (b)(1): Receipt of Child Pornography; 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2): Possession of Child Pornography; 18 U.S.C. § 2253: Criminal Forfeiture] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 2251(a), (e)]

Beginning on a date unknown, but not later than on or about April 4, 2019, and continuing until at least on or about September 29, 2019, in Orange County, within the Central District of California, defendant NICHOLAS TROY RODRIGUEZ, also known as ("aka") "Nick Rodriguez," aka "N. Rodgers," aka "J. Rodgers," aka

1  "hkhunter95," aka "Baron2013_5," aka "Nickk_9513," aka
2  "nrod128@gmail.com," attempted to knowingly employ, use, persuade,
3  induce, entice, and coerce Minor Victim 1, a minor who had not
4  attained the age of 18 years, to engage in sexually explicit conduct,
5  as defined in Title 18, United States Code, Section 2256(2)(A), for
6  the purpose of producing a visual depiction of such conduct, knowing
7  and having reason to know that such visual depiction would be
8  transported and transmitted using any means and facility of
9  interstate and foreign commerce, and in and affecting interstate and
10 foreign commerce.

COUNT TWO

[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1)]

On or about January 30, 2019, in Orange County, within the Central District of California, defendant NICHOLAS TROY RODRIGUEZ, also known as ("aka") "Nick Rodriguez," aka "N. Rodgers," aka "J. Rodgers," aka "hkhunter95," aka "Baron2013_5," aka "Nickk_9513," aka "nrod128@gmail.com," knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using a means and facility of interstate and foreign commerce, namely, an Internet-based messaging application, and which had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the image was child pornography.

The child pornography that defendant RODRIGUEZ distributed consisted of an image file with the hash value "643F6583901F5177F82AEB3C40D960609721AD15."

## COUNT THREE

[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1)]

On or about February 10, 2019, in Orange County, within the Central District of California, defendant NICHOLAS TROY RODRIGUEZ, also known as ("aka") "Nick Rodriguez," aka "N. Rodgers," aka "J. Rodgers," aka "hkhunter95," aka "Baron2013_5," aka "Nickk_9513," aka "nrod128@gmail.com," knowingly received onto his Apple iPhone 6s Plus, bearing serial number C39RR4ZDGRX8, child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate and foreign commerce, namely, the Internet, and which had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

The child pornography that defendant RODRIGUEZ received consisted of a video file titled "9 YO licking by dog.wmv."

COUNT FOUR

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about October 10, 2019, in Orange County, within the Central District of California, defendant NICHOLAS TROY RODRIGUEZ, also known as ("aka") "Nick Rodriguez," aka "N. Rodgers," aka "J. Rodgers," aka "hkhunter95," aka "Baron2013_5," aka "Nickk_9513," aka "nrod128@gmail.com," knowingly possessed an Apple iPhone XS Max, bearing serial number FK1XDEYLKPHJ, that contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), involving a prepubescent minor and a minor who had not attained 12 years of age, that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and that had been produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

FORFEITURE ALLEGATION

[18 U.S.C. § 2253]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 2253, in the event of the defendant's conviction of the offenses set forth in any of the counts of this Indictment.

2. The defendant, if so convicted, shall forfeit to the United States of America the following property:

(a) All right, title, and interest in any visual depiction involved in any such offense, or any book, magazine, periodical, film videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in connection with any such offense;

(b) All right, title, and interest in any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from any such offense;

(c) All right, title, and interest in any property, real or personal, used or intended to be used to commit or to promote the commission of any such offense or any property traceable to such property, including but not limited to the following:

　　i. Apple iPhone 6s Plus, bearing serial number C39RR4ZDGRX8; and

　　ii. Apple iPhone XS Max, bearing serial number FK1XDEYLKPHJ;

//
//

        (d)   To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a), (b), and (c).

   3.   Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18 Section 2253(b), the defendant, if so convicted, shall forfeit substitute property, up to the total value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

_____/S/_____
Foreperson

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

DANIEL H. AHN
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

FARAZ R. MOHAMMADI
Assistant United States Attorney
Santa Ana Branch Office